IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**CHERIE LYNN BAKER,**

    **Plaintiff,**

v.                       Case No. 1:17cv217-MW/GRJ

**NANCY A. BERRYHILL,**
**Acting Commission of Social Security,**

    **Defendant.**
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 20, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 21. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The decision of the Commissioner is **AFFIRMED**." The Clerk shall close the file.

**SO ORDERED on June 20, 2018.**

                                       **s/Mark E. Walker          **
                                       **United States District Judge**